JS-6

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
JENNIFER LEE TARN, CSBN 240609
Special Assistant United States Attorney
   Office of the General Counsel
   Social Security Administration
   6401 Security Boulevard
   Baltimore, MD 21235
   Telephone: (510) 970-4861
   Email: Jennifer.Tarn@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| IRMA MARTINEZ,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | No. 2:23-cv-07598-ADS<br><br>**JUDGMENT** |

    The Court having approved the parties' stipulation to remand this case pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent with that stipulation and for entry of judgment for Plaintiff, judgment is hereby entered for Plaintiff.

DATED:  11/15/23          /s/ Autumn D. Spaeth
                          HONORABLE JUDGE AUTUMN D. SPAETH
                          UNITED STATES MAGISTRATE JUDGE